(No. 5964— ▮▮▮▮▮▮▮▮▮▮)

ELVIS E. SPENCER, Claimant, *vs.* STATE OF ILLINOIS, CHARLES F. READ ZONE CENTER, Respondent.

*Opinion filed April 27, 1971.*

RICHARD F. MCPARTLIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

197

PERLIN, C.J.